### 1493.   MANGUM *v.* THE STATE.

RUSSELL, J.   1. The evidence authorized the verdict of guilty, and there
was no error in refusing a new trial.

2. While in every criminal case, where it is sought to show the guilt of the
defendant by circumstantial evidence alone, the jury should be in-
structed and cautioned that he should not be convicted on circumstan-
tial evidence, unless the proven facts exclude every possible reasonable
hypothesis save the guilt of the defendant, still it is immaterial what
language is employed to convey this instruction.   If all possible hypothe-
ses arising from the circumstantial evidence which are favorable to the
defendant be presented in concrete statement to the jury, and the jury
are told that if they believe any one of these hypotheses the defendant
should be acquitted, the principle above referred to would be suffi-
ciently presented.   And where, as in the present case, only two infer-
ences can be drawn from the evidence,—the one of innocence, and the
other of guilt,—and the hypothesis consistent with innocence is fully
and fairly stated to the jury, and the jury are instructed that if they
are satisfied that the hypothesis consistent with innocence is true, or
if they have a reasonable doubt as to its truth, the defendant should
be acquitted, the rule above stated is substantially complied with.

3. The omission of the court to charge that no inference that the accused
was the thief could be drawn from the possession of stolen goods by
him, if his possession was satisfactorily explained, was harmless, be-
cause the jury were instructed that if they found the explanation
offered by the defendant to be the truth, they should acquit him.
*Judgment affirmed.*

Accusation of larceny, from city court of Fitzgerald—Judge
Jay.   October 26, 1908.

Submitted December 8, 1908.—Decided January 27, 1909.

*E. S. Fuller,* for plaintiff in error.

*O. H. Elkins, solicitor,* contra.